# NO. 12-23-00073-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *HERC RENTALS, INC.,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | | |
| *SPEAR SERVICES, LLC, DERAL*<br>*DAVID KNIGHT, INDIVIDUALLY, SS*<br>*COLLECTIONS, LLC AND RICHARD*<br>*BELVIN A/K/A RICKY BELVIN,*<br>*INDIVIDUALLY,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLEES* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On March 10, 2023, the Clerk of this Court notified Appellant, HERC Rentals, Inc., that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was

not paid on or before March 20. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that it is excused from paying the fee.[1]

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).[2]

Opinion delivered March 22, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] On March 20, the court reporter filed a letter with this Court, in which she states that Appellant's counsel informed her that no transcripts were needed and that counsel further told her he would "more than likely withdraw the appeal."

[2] We also note that Appellant has not filed the required docketing statement. *See* TEX. R. APP. P. 32.1.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 22, 2023**

**NO. 12-23-00073-CV**

**HERC RENTALS, INC.,**
Appellant
V.
**SPEAR SERVICES, LLC, DERAL DAVID KNIGHT, INDIVIDUALLY, SS COLLECTIONS, LLC AND RICHARD BELVIN A/K/A RICKY BELVIN, INDIVIDUALLY,**
Appellees

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 17-2175-B)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*